UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JIM M. MAGUIRE,<br><br>   Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>   Defendant. | CASE NO. EDCV 07-1047 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: October 31, 2008

_____
ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE